FILED

JUN 0 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   ROBERT DAVID REES (CASBN 229441)
    Assistant U.S. Attorney

5
        450 Golden Gate Ave (11th Floor)
6       San Francisco, CA 94102
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234

8   Attorneys for the United States

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
    UNITED STATES OF AMERICA,        )   CRIMINAL NO. 3 05 70391
13                                    )
            Plaintiff,                )
14                                    )   NOTICE OF PROCEEDINGS ON
        v.                            )   OUT-OF-DISTRICT CRIMINAL
15                                    )   CHARGES PURSUANT TO RULES
    ROBERT JOHN MCCARTHY,             )   5(c)(2) AND (3) OF THE FEDERAL RULES
16                                    )   OF CRIMINAL PROCEDURE
            Defendant.                )
17                                    )
                                      )
18

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20  Procedure that on June 6, 2005, the above-named defendant was arrested  based upon an arrest

    warrant (copy attached) issued upon an
21
        ☐  Indictment
22
        ☐  Information
23
        ☐  Criminal Complaint
24
        ☒  Other (describe)  Form 12 Violation
25
    pending in the Eastern District of California, Case Number 2:03CR00444-01.
26

27  //

28  //

                                      1

1    In that case, the defendant is charged with a violation of the terms of his supervised release.

2    Description of Charges: <u>Use of a Controlled Substance</u>.

3

4                                              Respectfully Submitted,
                                               KEVIN V. RYAN
5                                              UNITED STATES ATTORNEY

6    Date: _____ 6/7/05 _____

                                               ROBERT DAVID REES
7                                              Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES MARSHAL

05 JUN -3 A 10:00

OF CALIFORNIA

**USA,**

v.

**ROBERT JOHN MCCARTHY,**

**WARRANT FOR ARREST**

Case Number: **2:03–CR–00444–WBS**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **Robert John McCarthy,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☑ Violation Petition     ☐ Other     _____

charging him or her with (brief description of offense)
**Probation Violation**

in violation of Title **18** _____     United States Code, Section(s)   **3606** _____

| | |
|---|---|
| A. Kastilahn | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Office |
| *a Kao* (signature) | 6/3/05              Sacramento |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at   **Sno Bail** | by    **Judge William B. Shubb** |

---

### RETURN

This warrant was received and executed with the arrest of the above–named defendant    _____

| | |
|---|---|
| _____ | _____ |
| Date Received | Name and Title of Arresting Officer |
| _____ | _____ |
| Date of Arrest | Signature of Arresting Officer |